CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 27 2019

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT**
**UNDER THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. Chapter 21,**
**Subchapter VI**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
<u>CHARLOTTESVILLE</u>  DIVISION

| | |
|---|---|
| CARROLL E. BRADLEY, JR. <br> _____, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> EDR (Education Realty Trust) ) <br> _____ ) <br> _____, ) <br> ) <br> **Defendant(s).** ) <br> (Enter the full name(s) of ALL parties in this lawsuit. ) <br> Please attach additional sheets if necessary). ) | Civil Action No.: 3.19CV00058 <br> (To be assigned by Clerk of District Court) <br><br> Jury Trial:     Yes     No <br>          (circle one) |

<u>COMPLAINT</u>

1.  State the full name of the Plaintiff, address and telephone number.

    Name:     CARROLL E. BRADLEY, JR.

    Address:  605 WELLSHIRE PLACE   Chester, VA 23836

    Telephone Number:   (804) 662-0196

2.  List all Defendants.  State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each Defendant may be served.  Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

    a.  Defendant No. 1

        Name:     EDR (Education Realty Trust)

        Address:  999 S. Shady Grove Road, Suite 600 Memphis, TN 38120

   b.  Defendant No. 2

      Name: _____

      Address: _____

**NOTE:  IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:**  ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

3. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

   June 22, 2018
   _____

4. On what day was your complaint filed with the Equal Employment Opportunities Commission?

   Plaintiff filed a Charge of Discrimination against Defendant, EdR, with the EEOC on April 18, 2019.
   _____

5. What action did the Commission or its representatives take in regard to your complaint?

   The EEOC issued a Notice of Right to Sue to Plaintiff.
   _____

   _____

   _____

6. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in 4. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

   Yes
   _____

7. If the answer to 6. is yes, has 90 days passed since your receipt of the notice described in 6.?

   No, 90 days have not passed since my receipt of the notice on June 29, 2019
   _____

8. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

   No
   _____

   If your answer to 8. is yes, describe the action in the spaces below.

a. Parties to the action:

_____

_____

b. Court (if federal court, give district; if state court, name the city or county):

_____

c. Docket Number: _____

d. Judge's Name: _____

e. Is the case still pending: _____   If not, what was the ruling? _____

_____

_____

Was the case appealed? _____

**If more than one action has been filed, please provide this information on a separate sheet of paper and label this information as paragraph 8.f., etc.  Check here if additional sheets of paper are attached:** ☐

9. Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

   ☐ Yes          ☑ No          ☐ I DON'T KNOW

If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

_____

_____

_____

On the remainder of this form, please answer the questions relating to your problems with the defendant(s) and, if necessary, include additional sheets of paper in order to fully explain the facts beyond your complaint.

   A. What was or is your employer? EDR (Education Realty Trust) _____

3

B. What individuals were involved in your discharge or other unlawful practice about which you are complaining? (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

Kimberly Williams served as the plaintiff's direct supervisor at GrandMarc at the Corner. Ms. Williams

worked as the Community Manager. Ms. Williams discriminated against the plaintiff for job promotions,

pay disparity, exclusion from professional development, and retaliation for the plaintiff's rebuttals

of a subjective evaluation.

Please see the attached EEOC Complaint.

C. If you were fired, what reasons were given for your discharge?

The plaintiff was verbally told by Ms. Williams that he did not satisfy the requirements of the

improvement plan. The plaintiff did not receive or sign a written notice of dismissal.

If you disagree with those reasons, what do you think were the real reasons?

The plaintiff believes that the real reason that he was fired was due to the planned promotion of a white

male employee who had been with the company for less than a year. The employee was also a personal

friend of Ms. Williams.

D. Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? Plaintiff consistently requested a personnel manual to no avail.

E. If so, did you file a grievance with your employer?

Plaintiff submitted rebuttals to appeal to the Corporate Office and the Regional Managers.

If you did, what action was taken? The Regional Managers were complicit with the discriminatory

actions. The direct supervisor retaliated each time that a rebuttal was submitted.

4

F.  In the space below (and on additional sheets of paper, if necessary), please state any other facts which you consider important in this complaint.

Please see the following attached documents: The Narrative, the EEOC Online Inquiry, and the EEOC

Charge of Discrimination.

G.  If you were fired, have you been working since that time? No

If yes, for whom have you worked? Plaintiff was hired on September 23, 2019.

What did you do? Sales

If you did not get another job, have you received unemployment compensation? No

5

If yes, for how long?

_____

H.  What relief do you want from this court?  For example:

Do you want your job back?
The plaintiff would like to receive damages for the systemic discrimination that he endured.
_____

Have you suffered any damages?  Yes, emotional distress and reputational damages
_____

If so, how much?  Loss of wages, mental abuse
_____

OTHER:

_____

_____

_____

**Attach additional sheets of paper as necessary and label this information as paragraph I., etc.  Check here if additional sheets of paper are attached.  ■**

Signature of Plaintiff  _Cancell E. [signature]_

VERIFICATION

State of  VIRGINIA
_____

County of  CHARLOTTESVILLE
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  27  day of  September  , 2019 .

Signature of Plaintiff  _Cancell E. [signature]_

6