# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CARROLL E. BRADLEY, JR.,<br>　　　　　　　　　　*Plaintiff,*<br>v.<br>EDUCATION REALTY TRUST,<br>　　　　　　　　　　*Defendant.* | CASE NO. 3:19-cv-00058<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

On October 9, 2020, this Court issued an order directing Plaintiff to show cause on why this action should not be dismissed for failure to prosecute. Dkt. 5. The Court warned that a failure to respond within ten days of the Order would result in dismissal. *Id.*

Rule 41(b) of the Federal Rules of Civil Procedure provides that an action may be dismissed "[i]f the plaintiff fails to prosecute . . . ." "A district court may dismiss an action for lack of prosecution, either upon motion by a defendant pursuant to Federal Rule of Civil Procedure 41(b) or on its own motion." *McCargo v. Hendrick*, 545 F.2d 393, 396 (4th Cir. 1976). In addition to the authorization provided by Rule 41(b), a district court retains an "inherent power" to dismiss for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962).

As more than ten days have passed since this Court's last Order, without any response from the Plaintiff, it is hereby ordered that this case shall be **DISMISSED WITHOUT PREJUDICE** and stricken from the court's active docket for plaintiff's failure to prosecute.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

[1]

[2]

Entered this __18th__ day of November, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE